UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEHL,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE LLC, et al.,<br><br>    Defendants. | No. 2:17-cv-1099 JAM AC PS<br><br><br>ORDER |

  Plaintiff is proceeding in this action in pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On March 19, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 29. On April 9, 2018 plaintiff filed objections to the findings and recommendations. ECF No. 30. Defendants filed a response to the objections on April 12, 2018. ECF No. 31.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 3, 2018, are adopted in full;
2. Plaintiff's Motion to Remand (ECF No. 15) is DENIED;
3. Defendants' Motion to Dismiss (ECF. No. 3) is granted as follows:
    a. Plaintiff's claims 1, 2, 5, 8, 9, 10, 11, 12, 13 are dismissed with prejudice; and
    b. Claims 3, 4, 6 and 7 are dismissed with leave to amend.

DATED: June 5, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE