UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEHL,<br><br>               Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE LLC, et al.,<br><br>               Defendants. | No. 2:17-cv-1099 JAM AC PS<br><br>ORDER |

      Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).

      On March 19, 2018, the undersigned magistrate judge recommended, in relevant part, dismissal of plaintiff's claims 1, 2, 5, 8, 9, 10, 11, 12, 13 with prejudice and claims 3, 4, 6, 7 with leave to amend. ECF No. 29. On June 5, 2018, the district judge adopted the findings and recommendations in full. ECF No. 32.

      Accordingly, IT IS HEREBY ORDERED that plaintiff shall have 30 days from the date of this order to file an amended complaint in compliance with Findings and Recommendations dated

////

////

////

1

March 19, 2018.  If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed.

IT IS SO ORDERED.

DATED: June 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE