UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEHL, | No. 2:17-cv-1099 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO HOME MORTGAGE LLC, et al., | |
| Defendants. | |

The district judge has adopted the undersigned's findings and recommendations (ECF No. 29). ECF No. 32. Pursuant to the district judge's order, plaintiff's causes of action 3, 4, 6, and 7 remain pending in this case. In accordance with Fed. R. Civ. P. 12(a)(4), defendant must file an answer addressing the remaining causes of action no later than July 23, 2018.

The initial scheduling conference in this case was vacated pending the resolution of the motion to dismiss and motion to remand. ECF No. 27. It is hereby re-set to take place on August 22, 2018 at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire. As stated in the Civil New Case Documents issued in this case, the parties must submit a status report no later than 14 days in advance of the scheduling conference. ECF No. 2.

IT IS SO ORDERED.

DATED: July 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE